DIVOLL AND DOORES v. M. Jerome DIAMOND, Attorney General, No. 46-76

February 25, 1976. Complaint is dismissed pro forma for failure to set forth reasons why there is no adequate remedy by appeal or proceedings for extraordinary relief in the Superior Court. V.R.A.P. 21(b).

Carolyn Lizotte PIERCE v. Carlton Roger PIERCE, No. 156-74

March 18, 1976. Appeal dismissed for failure to comply with progress order filed February 3, 1976.

Edythe L. McENANY v. John R. McENANY, No. 300-75

March 18, 1976. Appeal dismissed for failure to comply with progress order filed February 9, 1976.

Nancy HUTCHINS v. Richard HUTCHINS, No. 71-76

March 18, 1976. (1) Appellant's Complaint for Extraordinary Relief and Appellee's Motion for Enforcement are consolidated.

(2) The cause is remanded, pending appeal and with appellate jurisdiction retained, to the Washington Superior Court, for the sole purpose of adjudicating said Complaint and Motion, and certifying to this Court the result of such adjudication. V.R.A.P. 2.

JOSEPH P. CARRARA & SONS, INC. v. Ellsworth NICHOLS, No. 101-75

April 12, 1976. The judgment of the trial court denying defendant's motion for relief from default judgment is affirmed. *Kotz* v. *Kotz*, 134 Vt. 36, 349 A.2d 882 (1975). *Diamond National Corp.* v. *Szerbik*, 129 Vt. 452, 282 A.2d 806 (1971).

Aileen D. VAN GURP v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 210-75

April 12, 1976. The decision of the Employment Security Board is affirmed, it appearing that the claimant, limiting her employment availability to two days a week for personal reasons, is not available for work under 21 V.S.A. § 1343. *In re Prouty*, 131 Vt. 504, 310 A.2d 12 (1973); *Nurmi* v. *Employment Security Board*, 124 Vt. 42, 197 A.2d 483 (1963).

Barbara DeWOLFE v. D. James DeWOLFE, No. 5-76

April 12, 1976. Motion that appellant purge himself of claimed contempt before appeal is processed is denied. *Walker* v. *Walker*, 123 Vt. 430, 431, 192 A.2d 460 (1963); *Lunnie* v. *Lunnie*, 127 Vt. 207, 209, 243 A.2d 795 (1968).